| | |
|---|---|
| 1 | Mark D. Rosenbaum (SBN 59940) |
| 2 | mrosenbaum@publiccounsel.org<br>PUBLIC COUNSEL |
| 3 | 610 South Ardmore Avenue<br>Los Angeles, CA 90005 |
| 4 | Telephone: (213) 385-2977 |
| 5 | Lisa M. Gilford (SBN 171641)<br>lgilford@sidley.com |
| 6 | David R. Carpenter (SBN 230299)<br>drcarpenter@sidley.com |
| 7 | Stacy Horth-Neubert (SBN 214565)<br>shorthneubert@sidley.com |
| 8 | SIDLEY AUSTIN LLP<br>555 West Fifth Street |
| 9 | Los Angeles, CA 90013<br>Telephone: (213) 896 6044 |
| 10 | Facsimile: (213) 896 6600 |
| 11 | *Additional Counsel Listed on Next Page* |
| 12 | Attorneys for Plaintiffs<br>Z.W., C.Y, X.Y., A.G., M.X., Z.L., W.R., |
| 13 | and DOES 1 through 50 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION AT SANTA ANA

| | |
|---|---|
| Z.W., C.Y, X.Y., A.G., M.X., Z.L., W.R., and DOES 1 through 50,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD R. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement,<br><br>Defendant. | Case No. 8:20-cv-01220-CJC-KES<br><br>Assigned to: Hon. Cormac J. Carney<br><br>**DECLARATION OF WILLIAM LACKER IN SUPPORT OF *EX PARTE* APPLICATION TO PROCEED UNDER FICTITIOUS NAMES** |

1

Evan Caminker (*pro hac vice pending*)
caminker@umich.edu
Dean Emeritus and Branch Rickey Collegiate Professor of Law
University of Michigan Law School*
701 South State Street, 3250 South Hall
Ann Arbor, MI  48109-1215
Telephone: (734) 763-5221

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
USC Gould School of Law*
UNIVERSITY OF SOUTHERN CALIFORNIA
699 Exposition Blvd.
Los Angeles, CA  90089
Telephone: (213) 675-5957

*University affiliation provided for identification purposes only*

# DECLARATION OF WILLIAM LACKER

I, William Lacker, hereby declare and state as follows:

1. I am an Organizer/Researcher at Public Counsel, which, along with co-counsel, represents the Plaintiffs in litigation against the United States Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE"), Chad R. Wolf, Acting Secretary, United States Department of Homeland Security and Matthew Albence, Acting Director, United States Immigration and Customs Enforcement, which is related to ICE's rescission of its COVID-19 visa exemption for international students (Case No. 8:20-cv-01220, filed on July 10, 2020). I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. I know the true names and identities of the Plaintiffs in the above-referenced litigation.

3. As a result of the ongoing public health crisis related to COVID-19, and the related stay-at-home orders in effect in California, Plaintiffs have not yet been able to sign declarations announcing their intention to file this lawsuit under pseudonym in person.

4. I have been in contact with the Plaintiffs, and they indicated to me that they want to proceed in this litigation under pseudonym to prevent the harms of

3

attaching their identities to personal and sensitive disclosures that will likely arise in the course of this litigation.

5. Plaintiffs are international students who have a clear interest in keeping their immigration and related visa status private. Making this information public could prejudice potential employers against them and expose them to governmental retaliation.

6. Additionally, COVID-19 has caused incidents of hate crimes and violence toward people of particular nationalities, especially people of Chinese descent. Plaintiffs of Chinese descent have an interest in protecting themselves from these type of physical threats and violence.

7. Finally, this litigation involves actions taken by universities to protect the health and safety of students during the COVID-19 pandemic, and will likely result in disclosure or discussion of preexisting conditions and other sensitive health information of Plaintiffs, which they have an interest in keeping private.

8. Counsel for Plaintiffs will obtain signed declarations to this effect from each Plaintiff and file them with the court as expeditiously as the COVID-19 local emergency orders allow.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 10, 2020, in Berkeley, California.

_____
William Lacker

DECLARATION OF WILLIAM LACKER IN SUPPORT OF EX PARTE APPLICATION
TO PROCEED UNDER FICTITIOUS NAMES