Mark D. Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

Lisa M. Gilford (SBN 171641)
lgilford@sidley.com
David R. Carpenter (SBN 230299)
drcarpenter@sidley.com
Stacy Horth-Neubert (SBN 214565)
shorthneubert@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896 6044
Facsimile: (213) 896 6600

*Additional Counsel Listed on Next Page*

Attorneys for Plaintiffs
Z.W., C.Y, X.Y., A.G., M.X., Z.L., W.R.,
and DOES 1 through 50

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION AT SANTA ANA

| | |
|---|---|
| Z.W., C.Y, X.Y., A.G., M.X., Z.L., W.R., and DOES 1 through 50,,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD R. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement,<br><br>Defendant. | Case No. 8:20-CV-01220 CJC (KESx)<br><br>Assigned to: Hon. Cormac J. Carney<br>Magistrate Judge: Karen E. Scott<br><br>**DECLARATION OF STACY HORTH-NEUERT IN SUPPORT OF PLAINTIFFS' NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION TO PROCEED UNDER FICTITIOUS NAMES AND FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DECLARATION OF STACY HORTH-NEUBERT**<br><br>**<u>REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL</u>** |

Evan Caminker (*pro hac vice forthcoming*)
caminker@umich.edu
Dean Emeritus and Branch Rickey Collegiate Professor of Law
University of Michigan Law School*
701 South State Street, 3250 South Hall
Ann Arbor, MI 48109-1215
Telephone: (734) 763-5221

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
USC Gould School of Law*
UNIVERSITY OF SOUTHERN CALIFORNIA
699 Exposition Blvd.
Los Angeles, CA 90089
Telephone: (213) 675-5957

*\* University affiliation provided for identification purposes only*

# DECLARATION OF STACY HORTH-NEUBERT

I, Stacy Horth-Neubert, hereby declare and state as follows:

1. I am a Counsel at Sidley Austin LLP, which, along with co-counsel, represents the Plaintiffs in litigation against the United States Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE"), Chad R. Wolf, Acting Secretary, United States Department of Homeland Security and Matthew Albence, Acting Director, United States Immigration and Customs Enforcement, which is related to ICE's rescission of its COVID-19 visa exemption for international students. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. I know the true names and identities of the Plaintiffs in the above-referenced litigation.

3. Plaintiffs have indicated to Public Counsel that they want to proceed in this litigation under pseudonym to prevent the harms of attaching their identities to personal and sensitive disclosures that will likely arise in the course of this litigation.

4. Plaintiffs are international students who have a clear interest in keeping their immigration and related visa status private. Making this information public could prejudice potential employers against them and expose them to governmental retaliation.

5. Additionally, COVID-19 has caused incidents of hate crimes and violence toward people of particular nationalities, especially people of Chinese

descent. Plaintiffs of Chinese descent have an interest in protecting themselves from these types of physical threats and violence.

6. Finally, this litigation involves actions taken by universities to protect the health and safety of students during the COVID-19 pandemic, and will likely result in disclosure or discussion of preexisting conditions and other sensitive health information of Plaintiffs, which they have an interest in keeping private.

7. The Plaintiffs seek to use the following pseudonyms:

| Plaintiff | Pseudonym |
| --- | --- |
| | Z.W. |
| | C.Y. |
| | X.Y. |
| | A.G. |
| | M.X. |
| | Z.L. |
| | W.R. |

8. As a result of the ongoing public health crisis related to COVID-19, and the related stay-at-home orders in effect in California, Plaintiffs have not yet been able to sign declarations announcing their intention to file this lawsuit under fictitious names in person.

9. Counsel for Plaintiffs will obtain signed declarations to this effect from each Plaintiff and file them with the court as expeditiously as the COVID-19 local emergency orders allow.

10. Plaintiffs were unable to obtain a stipulation regarding this administrative matter because the complaint had not yet been filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 10, 2020, in Los Angeles, California.

                                            __*/s/ Stacy Horth-Neubert*_____
                                            Stacy Horth-Neubert

259109330