Mark D. Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

Lisa M. Gilford (SBN 171641)
lgilford@sidley.com
David R. Carpenter (SBN 230299)
drcarpenter@sidley.com
Stacy Horth-Neubert (SBN 214565)
shorthneubert@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896 6044
Facsimile: (213) 896 6600

*Additional Counsel Listed on Next Page*

Attorneys for Plaintiffs
Z.W., C.Y, X.Y., A.G., M.X., Z.L., W.R., and DOES 1 through 50

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION AT SANTA ANA

Z.W., C.Y, X.Y., A.G., M.X., Z.L., W.R., and DOES 1 through 50,

Plaintiff,

vs.

U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD R. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement,

Defendant.

Case No. 8:20-CV-01220 CJC (KESx)

Assigned to: Hon. Cormac J. Carney
Magistrate Judge: Karen E. Scott

**NOTICE OF WITHDRAWAL OF *PLAINTIFFS' NOTICE OF EX PARTE APPLICATION AND EX PARTE APPLICATION TO PROCEED UNDER FICTITIOUS NAMES AND FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THE DECLARATION OF STACY HORTH-NEUBERT, AND DECLARATIONS OF WILLIAM LACKER AND STACY HORTH-NEUBERT IN SUPPORT THEREOF (Doc. Nos. 9, 10, 11)***

Sheri Porath Rockwell (SBN 165726)
sheri.rockwell@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500

Evan Caminker (*pro hac vice pending*)
caminker@umich.edu
Dean Emeritus and Branch Rickey Collegiate Professor of Law
University of Michigan Law School*
701 South State Street, 3250 South Hall
Ann Arbor, MI 48109-1215
Telephone: (734) 763-5221

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
USC Gould School of Law*
UNIVERSITY OF SOUTHERN CALIFORNIA
699 Exposition Blvd.
Los Angeles, CA 90089
Telephone: (213) 675-5957

** University affiliation provided for identification purposes only*

TO THE HONORABLE CORMAC CARNEY, UNITED STATES DISTRICT COURT JUDGE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, at the instruction of the ECF Help Desk and Court Clerk to Judge Carney, Plaintiffs Z.W., C.Y, X.Y., A.G., M.X., Z.L., W.R., and DOES 1 through 50 hereby withdraw the following documents, which will be refiled using the ECF filing option instructed by the ECF clerk:

Document No. 9 – Ex-Parte Application to Proceed Under Fictitious Names and For Leave to File Under Seal Portions of the Declaration of Stacy Horth-Neubert;

Document No. 10 – Declaration of William Lacker in Support of Ex Parte Application to Proceed Under Fictitious Names;

Document No. 11 – Declaration of Stacy Horth-Neubert in Support of Ex Parte Application to Proceed Under Fictitious Names and For Leave to File Under Seal Portions of the Declaration of Stacy Horth-Neubert (Redacted Version).

The corrected documents will be refiled under the "sealed document" ECF option, as instructed by the Help Desk.

DATED: July 13, 2020

By: /s/ *Stacy Horth-Neubert**
Lisa M. Gilford
David R. Carpenter
Stacy Horth-Neubert
Sheri Porath Rockwell
SIDLEY AUSTIN LLP

By: /s/ *Mark D. Rosenbaum*
Mark D. Rosenbaum
PUBLIC COUNSEL

By: /s/ *Evan Caminker*
Dean Emeritus and Branch Rickey
Collegiate Professor of Law
UNIVERSITY OF MICHIGAN
LAW SCHOOL

By: /s/ *Mark E. Haddad*
USC Gould School of Law
UNIVERSITY OF SOUTHERN CALIFORNIA

Attorneys for Plaintiffs
C.S., C.G., C.Q., J.Z., K.K., and DOES 1 through 50

* Filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.