Mark D. Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

Lisa M. Gilford (SBN 171641)
lgilford@sidley.com
David R. Carpenter (SBN 230299)
drcarpenter@sidley.com
Stacy Horth-Neubert (SBN 214565)
shorthneubert@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Additional Counsel Listed on Next Page*

Attorneys for Plaintiffs
Z.W., C.Y, X.Y., A.G., M.X., Z.L., W.R.,
and DOES 1 through 50

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION AT SANTA ANA

| | |
|---|---|
| Z.W., C.Y, X.Y., A.G., M.X., Z.L., W.R., and DOES 1 through 50,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD R. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No. 8:20-CV-01220 CJC (KESx)<br><br>Assigned to: Hon. Cormac J. Carney<br>Magistrate Judge: Karen E. Scott<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

1  Sheri Porath Rockwell (SBN 165726)
   sheri.rockwell@sidley.com
2  SIDLEY AUSTIN LLP
   1999 Avenue of the Stars, 17th Floor
3  Los Angeles, CA 90067
   Telephone: (310) 595-9500
4  Facsimile: (310) 595-9501

5  Evan Caminker (*pro hac vice forthcoming*)
   caminker@umich.edu
6  Dean Emeritus and Branch Rickey Collegiate Professor of Law
   University of Michigan Law School*
7  701 South State Street, 3250 South Hall
   Ann Arbor, MI  48109-1215
8  Telephone: (734) 763-5221

9  Mark E. Haddad (SBN 205945)
   markhadd@usc.edu
10 USC Gould School of Law*
   UNIVERSITY OF SOUTHERN CALIFORNIA
11 699 Exposition Blvd.
   Los Angeles, CA  90089
12 Telephone:  (213) 675-5957

13 *\* University affiliation provided*
   *for identification purposes only*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Local Rule 83-1.3.1, counsel for Plaintiffs hereby provide Notice of the Pendency of the following actions:

1. *President and Fellows of Harvard College and Massachusetts Institute of Technology v. U.S. Dept. of Homeland Security et al.*, United States District Court, District of Massachusetts, Case No. 1:20-cv-11283, filed on July 8, 2020 (the "Harvard Action").

2. *The State of California v. U.S. Dept. of Homeland Security et al.*, United States District Court, Northern District of California, Case No. 3:20-cv-04592, filed on July 9, 2020 (the "State of California Action").

3. *Regents of the University of California v. U.S. Dept. of Homeland Security et al.*, United States District Court, Northern District of California, Case No. 3:20-cv-04621, filed on July 10, 2020 (the "California Regents Action").

4. *Johns Hopkins University v. U.S. Dept. of Homeland Security et al.*, United States District Court, District of Columbia, Case No. 1:20-cv-01873, filed on July 10, 2020 (the "Johns Hopkins Action").

5. *Commonwealth of Massachusetts et al. v. U.S. Dept. of Homeland Security et al.*, United States District Court, District of Massachusetts, Case No. 1:20-cv-11311, filed on July 13, 2020 (the "Seventeen States Action").

6. *University of Oregon et al. v. U.S. Dept. of Homeland Security et al.*, United States District Court, District of Oregon, Case No. 6:20-cv-01127, filed on July 13, 2020 (the "Oregon Action").

Each of the actions is filed against the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement ("ICE"), Chad F. Wolf, in his official capacity as Acting Secretary of the United States Department of Homeland Security; and Matthew Albence, in his official capacity as Acting Director of ICE, and challenge as unlawful an order of July 6, 2020 issued by ICE through the Student and Exchange Visitor Program that rescinds guidance ICE issued on March 9, 2020 and March 13, 2020 and requires international students with F-1 status in the United States to attend in-person classes in order to retain their "Active" status (the "July Guidance"). Each complaint seeks declaratory and injunctive relief.

Respectfully submitted,

Date: July 14, 2020

*/s/ David R. Carpenter\*\**
Lisa M. Gilford
David R. Carpenter
Stacy Horth-Neubert
Sheri Porath Rockwell
SIDLEY AUSTIN LLP

*/s/ Mark D. Rosenbaum*
Mark D. Rosenbaum
PUBLIC COUNSEL

*/s/ Evan Caminker*
Evan Caminker
Dean Emeritus and Branch Rickey Collegiate Professor of Law
University of Michigan Law School
(Affiliation for identification purposes only)

|   |   |
|---|---|
| 1 | <div style="text-align:right">*/s/ Mark E. Haddad*</div> |
| 2 | Mark E. Haddad |
|   | USC Gould School of Law |
| 3 | University of Southern California |
| 4 | (Affiliation for identification purposes only) |
| 5 | Attorneys for Plaintiffs Z.W., C.Y., X.Y., A.G., |
| 6 | M.X., Z.L., W.R., and DOES 1-50 |

```
                              /s/ Mark E. Haddad
                              Mark E. Haddad
                              USC Gould School of Law
                              University of Southern California
                              (Affiliation for identification purposes only)

                              Attorneys for Plaintiffs Z.W., C.Y., X.Y., A.G.,
                              M.X., Z.L., W.R., and DOES 1-50
```

\* University affiliation provided for identification purposes only.

\*\*Filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3