| | |
|---|---|
| 1 | Mark D. Rosenbaum (SBN 59940) |
| 2 | mrosenbaum@publiccounsel.org<br>PUBLIC COUNSEL |
| 3 | 610 South Ardmore Avenue<br>Los Angeles, CA 90005 |
| 4 | Telephone: (213) 385-2977 |
| 5 | Lisa M. Gilford (SBN 171641)<br>lgilford@sidley.com |
| 6 | David R. Carpenter (SBN 230299)<br>drcarpenter@sidley.com |
| 7 | Stacy Horth-Neubert (SBN 214565)<br>shorthneubert@sidley.com |
| 8 | SIDLEY AUSTIN LLP<br>555 West Fifth Street |
| 9 | Los Angeles, CA 90013<br>Telephone: (213) 896-6000 |
| 10 | Facsimile: (213) 896-6600 |
| 11 | *Additional Counsel Listed on Next Page* |
| 12 | Attorneys for Plaintiffs<br>Z.W., C.Y, X.Y., A.G., M.X., Z.L., W.R., |
| 13 | and DOES 1 through 50 |

14  UNITED STATES DISTRICT COURT

15  CENTRAL DISTRICT OF CALIFORNIA

16  SOUTHERN DIVISION AT SANTA ANA

| | |
|---|---|
| Z.W., C.Y, X.Y., A.G., M.X., Z.L., W.R., and DOES 1 through 50,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD R. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No.  8:20-CV-01220 CJC (KESx)<br><br>Assigned to: Hon. Cormac J. Carney<br>Magistrate Judge: Karen E. Scott<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE

259282382v.1

Case 8:20-cv-01220-CJC-KES   Document 31   Filed 07/14/20   Page 2 of 4   Page ID #:268

1  Sheri Porath Rockwell (SBN 165726)
   sheri.rockwell@sidley.com
2  SIDLEY AUSTIN LLP
   1999 Avenue of the Stars, 17th Floor
3  Los Angeles, CA 90067
   Telephone: (310) 595-9500
4  Facsimile: (310) 595-9501

5  Evan Caminker (*pro hac vice forthcoming*)
   caminker@umich.edu
6  Dean Emeritus and Branch Rickey Collegiate Professor of Law
   University of Michigan Law School*
7  701 South State Street, 3250 South Hall
   Ann Arbor, MI  48109-1215
8  Telephone: (734) 763-5221

9  Mark E. Haddad (SBN 205945)
   markhadd@usc.edu
10 USC Gould School of Law*
   UNIVERSITY OF SOUTHERN CALIFORNIA
11 699 Exposition Blvd.
   Los Angeles, CA  90089
12 Telephone:  (213) 675-5957

13

14 *University affiliation provided for identification purposes only*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

259282382v.1

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) SS
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 W. 5th Street, Suite 4000, Los Angeles, CA  90013.

On July 14, 2020, I served the foregoing document(s) described as

- **PLAINTIFFS'** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

- **PLAINTIFFS'** *EX PARTE* **APPLICATION TO SET STATUS CONFERENCE REGARDING PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER;**

- **NOTICE OF LODGING OF:  [PROPOSED] ORDER SETTING STATUS CONFERENCE RE PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER; [PROPOSED] TEMPORARY RESTRAINING ORDER;**

- **[PROPOSED] ORDER TO SHOW CAUSE;**

- **NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS;**

- **DECLARATION OF L. SONG RICHARDSON IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER;**

- **DECLARATION OF DR. RANIT MISHORI IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER AND EXHIBIT A;**

- **DECLARATION OF SARAH ZEARFOSS IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER;**

- **DECLARATION OF SHERI PORATH ROCKWELL IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MEMORANDUM OF POINTS AND AUTHORITIES THEREOF AND EXHIBITS A-D;**

259282382v.1

- **DECLARATION OF Z.W.;**
- **DECLARATION OF C.Y.;**
- **DECLARATION OF X.Y.;**
- **DECLARATION OF A.G.;**
- **DECLARATION OF M.X.;**
- **DECLARATION OF Z.L.; and**
- **DECLARATION OF W.R.**

on all interested parties in this action as follows:

- David M. Harris (USACAC) David.M.Harris@usdoj.gov; and
- Joanne Osinoff (USACAC) Joanne.Osinoff@usdoj.gov

☒ (VIA E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 14, 2020, at Century City, California.

_Lillian Ruiz_
_____
Lillian Bernal Ruiz

PROOF OF SERVICE

259282382v.1