UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 20-01220-CJC-KES                              Date: July 15, 2020

Title: Z.W., *ET AL.* V. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *ET AL.*

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Gabriela Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                      None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING PLAINTIFFS'** *EX PARTE* **APPLICATION TO SET STATUS CONFERENCE [Dkt. 18]**

On July 14, 2020, Plaintiffs—all of whom are graduate students studying at California universities on F-1 visas—applied for a temporary restraining order ("TRO") seeking relief from the Guidance that the Department of Homeland Security's Student and Exchange Visa Program ("SEVP") issued on July 6, 2020. (Dkt. 16.) Later that day, Plaintiffs informed the Court that Defendants had announced their intent to rescind the challenged Guidance in a separate case that is currently pending in the District of Massachusetts. (Dkt. 18.)

Now before the Court is Plaintiffs' *ex parte* application to set a status conference on their TRO. (*Id.*) That application is **DENIED**. The parties are hereby **ORDERED** to meet and confer and propose a briefing schedule concerning Defendants' opposition to the TRO and Plaintiffs' reply if such briefing is still necessary. The parties shall submit their proposed briefing schedule by Friday, July 17, 2020. After the briefing has been completed, the Court will schedule a hearing if necessary.

cl

MINUTES FORM 11
CIVIL-GEN                                                                          Initials of Deputy Clerk GGA