Mark D. Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

Lisa M. Gilford (SBN 171641)
lgilford@sidley.com
David R. Carpenter (SBN 230299)
drcarpenter@sidley.com
Stacy Horth-Neubert (SBN 214565)
shorthneubert@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896 6044
Facsimile: (213) 896 6600

*Attorneys for Plaintiffs
Z.W., C.Y, X.Y., A.G., M.X., Z.L., W.R.,
and DOES 1 through 50*

[Additional counsel listed on next page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA

| | |
|---|---|
| Z.W., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　Defendants. | Case No.  8:20-CV-01220 CJC (KESx)<br><br>Assigned to: Hon. Cormac J. Carney<br>Magistrate Judge: Karen E. Scott<br><br>**STIPULATION RE BRIEFING SCHEDULE ON PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

1

```
 1  NICOLA T. HANNA
    United States Attorney
 2  DAVID M. HARRIS,
    Assistant United States Attorney
 3  Chief, Civil Division
    JOANNE S. OSINOFF
 4  Assistant United States Attorney
    Chief, General Civil Section
 5  PAUL B. GREEN
    Assistant United States Attorney
 6  Federal Building, Suite 7516
    300 North Los Angeles Street
 7  Los Angeles, California 90012
    Telephone: (213) 894-0805
 8  Facsimile: (213) 894-7819
    E-mail: Paul.Green@usdoj.gov
 9
    Attorneys for Defendants
10  U.S. Department of Homeland Security;
    U.S. Immigration and Customs Enforcement;
11  Chad R. Wolf; and Matthew Albence
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

**STIPULATION**

WHEREAS by minute order dated July 15, 2020, the Court ordered the parties to meet and confer on a briefing schedule concerning Plaintiffs' Application for Temporary Restraining Order filed on July 14, 2020.

WHEREAS on July 14, 15, and 16, 2020, counsel for the parties met and conferred on the status of the case and briefing on the Application;

WHEREAS, the Government has indicated its position that the action is moot; Plaintiffs have indicated that, concurrently with this Stipulation, they are filing an amendment to the Application clarifying the relief being requested; and the parties have otherwise agreed to the briefing schedule below.

THEREFORE, the parties HEREBY STIPULATE AND AGREE to the following briefing schedule:

- **By July 23, 2020**, the Government shall file a motion to dismiss and/or opposition to the Application.
- **By July 30, 2020**, Plaintiffs shall file their opposition to the motion to dismiss and/or reply in support of their Application.
- Hearing (if the Court deems necessary) to be held on **Monday, August 3, 1:30 pm**, or as soon thereafter as the Court may order.

DATED: July 16, 2020

By: /s/ *David R. Carpenter**
Lisa M. Gilford
David R. Carpenter
Stacy Horth-Neubert
Sheri Porath Rockwell
SIDLEY AUSTIN LLP

By: /s/ *Mark D. Rosenbaum*
Mark D. Rosenbaum
PUBLIC COUNSEL

Attorneys for Plaintiffs
Z.W., C.Y, X.Y., A.G., M.X., Z.L., W.R., and DOES 1 through 50

|  |  |
|---|---|
| 1 | |
| 2 | NICOLA T. HANNA |
|   | United States Attorney |
| 3 | DAVID M. HARRIS |
| 4 | Assistant United States Attorney |
|   | Chief, Civil Division |
| 5 | JOANNE S. OSINOFF |
|   | Assistant United States Attorney |
| 6 | Chief, General Civil Section |
| 7 | |
| 8 | By: /s/ Paul B. Green |
|   |        PAUL B. GREEN* |
| 9 |        Assistant United States Attorney |
| 10 | |
|   | Attorneys for Defendants |
| 11 | U.S. Department Of Homeland Security; U.S. |
| 12 | Immigration And Customs Enforcement; Chad |
|   | R. Wolf, Acting Secretary, U.S. Department |
| 13 | Of Homeland Security; Matthew Albence, |
| 14 | Acting Director, U.S. Immigration And |
|   | Customs Enforcement |
| 15 | |

\* Filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.