Mark D. Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

Lisa M. Gilford (SBN 171641)
lgilford@sidley.com
David R. Carpenter (SBN 230299)
drcarpenter@sidley.com
Stacy Horth-Neubert (SBN 214565)
shorthneubert@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896 6044
Facsimile: (213) 896 6600

*Additional Counsel Listed on Next Page*

Attorneys for Plaintiffs
Z.W., C.Y, X.Y., A.G., M.X., Z.L., W.R., and DOES 1 through 50

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION AT SANTA ANA

| | |
|---|---|
| Z.W., C.Y, X.Y., A.G., M.X., Z.L., W.R., and DOES 1 through 50,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD R. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement,<br><br>Defendant. | Case No.  8:20-CV-01220 CJC (KESx)<br><br>Assigned to: Hon. Cormac J. Carney<br>Magistrate Judge: Karen E. Scott<br><br>**PLAINTIFFS' AMENDMENT TO APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>**[Filed concurrently with Declaration of David R. Carpenter; Stipulation re Briefing Schedule on Plaintiffs' Application for Temporary Restraining Order]** |

Sheri Porath Rockwell (SBN 165726)
sheri.rockwell@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500

Evan Caminker (*pro hac vice forthcoming*)
caminker@umich.edu
Dean Emeritus and Branch Rickey Collegiate Professor of Law
University of Michigan Law School*
701 South State Street, 3250 South Hall
Ann Arbor, MI  48109-1215
Telephone: (734) 763-5221

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
USC Gould School of Law*
UNIVERSITY OF SOUTHERN CALIFORNIA
699 Exposition Blvd.
Los Angeles, CA  90089
Telephone:  (213) 675-5957

*\* University affiliation provided
for identification purposes only*

**AMENDMENT TO APPLICATION**

Plaintiffs are law students or graduate students at University of California Irvine School of Law, University of California Los Angeles, and the University of Southern California, who are currently studying in the United States on F-1 visas as part of the Student and Exchange Visa Program ("SEVP") administered by the U.S. Immigration and Customs Enforcement ("ICE") under the authority of the Department of Homeland Security ("DHS," and collectively, "Defendants" or "the Government"). Each of Plaintiffs' schools has announced that, due to the ongoing (and worsening) COVID-19 crisis, instruction for Plaintiffs' fall semesters will be online only.

Under Guidance issued by ICE on March 9, 2013 and March 13, 2020 (collectively, the "March Guidance"), Plaintiffs would be able to continue living and studying in the United States, even if they are unable to attend in-persons classes due to the ongoing COVID-19 emergency. On July 6, 2020, Defendants abruptly announced a policy change: if a school proceeds with online-only instruction for the fall semester, then SEVP students "must leave the country or take alternative steps to maintain their nonimmigrant status such as transfer to a school with in-person instruction" ("July 6 Guidance"). Plaintiffs have acted in reliance on the March Guidance, have no feasible ability to transfer to a different school, and if forced to leave the United States would be subject to extreme financial hardship, health risks, and disruption to their courses of study.

On July 10, 2020, Plaintiffs filed a complaint challenging the July 6 Guidance on the following grounds: (1) it is "arbitrary and capricious" in the violation the APA because Defendants failed to consider stakeholders' reliance interests on the prior policy, and because Defendants failed to provide a reasoned explanation; (2) it was improperly issued without meeting notice-and-comment requirements, also in violation of the APA; and (3) it violates the Due Process Clause. On July 14, 2020, Plaintiffs filed a request a temporary restraining order ("TRO") relating to the July 6 Guidance.

1         On July 14, 2020, a docket entry described as "Electronic Clerk's Notes" was posted in the matter *President & Fellows of Harvard College v. U.S. Dep't of Homeland Sec.*, Case No. 1:20-cv-11283 (D. Mass), ECF No. 119, stating that "[t]he Government has agreed to rescind the July 6, 2020 Policy Directive and the July 7, 2020 FAQ, and has also agreed to rescind their implementation." As of the end of the day on July 14, the July 6 Guidance remained posted on the ICE website, https://www.ice.gov/coronavirus. *See* Declaration of David R. Carpenter ("Carpenter Decl.") ¶ 2.

        On July 15, 2020, ICE updated the "Nonimmigrant Students and SEVP-Certified Schools section of its website on "ICE Guidance on COVID-19," https://www.ice.gov/coronavirus, to delete the July 6, 2020 Policy Guidance from the "Guidance Documents" and delete the July 7 FAQ from the "Frequently Asked Questions" sections of the site. Carpenter Decl. ¶ 3. But it did so without providing any formal statement of rescission or other explanation, and without issuing a statement confirming that the March Guidance will remain in effect for the duration of the emergency. *Id.*

        A of July 16, 2020, ICE's webpage https://www.ice.gov/coronavirus *continues* to include in the "Related Stories" section that "SEVP modifies temporary exemptions for nonimmigrant students taking online course during fall 2020 semester." *Id.* ¶ 3. Clicking the link to that story takes one to a news release providing essentially the same text as the July 6 Guidance, including that "Nonimmigrant F-1 and M-1 students attending schools operating entirely online may *not* take a full online course load and remain in the United States." *Id.*

        In phone calls on July 14 and 15, counsel for Plaintiffs met and conferred with counsel for the Government. In those discussions, the Government declined Plaintiff counsel's repeated requests for formal or informal assurances that the July 6 Guidance or similar directive would not be re-issued. *Id.* ¶ 4.

        As an amendment and clarification to the relief requested in the Application,

Plaintiffs seek an order directing Defendants to administer the Student and Exchange Visitor Program in accordance with the March Guidance for the duration of the COVID-19 emergency, unless replaced by a legally sufficient agency rule promulgated through notice-and-comment rulemaking, and such other relief as the Court may deem equitable or appropriate, including issuance of a broadcast message stating that the July 6 Guidance is rescinded. Plaintiffs make this Application and amendment thereto on the grounds that Plaintiffs have shown a likelihood of success on the merits; Plaintiffs have suffered and will continue to suffer irreparable harm absent assurance that the July 6 Guidance or similar directive will not be re-issued; and the balance of hardships and public interest tip sharply in favor Plaintiffs.

      This Amended Application is based upon the Application and other materials filed on July 14, 2020, including the Memorandum of Points and Authorities and the supporting Declaration of Sheri Porath Rockwell and exhibits thereto, the Declarations of Plaintiffs Z.W., C.Y., X.Y., A.G., M.X., Z.L., and W.R, the Declaration of L. Song Richardson, Dean of University of California Irvine School of Law, the Declaration of Sarah Zearfoss, Senior Assistant Dean and Director of the Admissions Office at the University of Michigan Law School, and the Declaration of Dr. Ranit Mishori; the Declaration of David R. Carpenter filed concurrently herewith; the pleadings and argument of counsel; and such other matters that may be presented to the Court and/or subject to judicial notice.

      The parties have agreed to a briefing schedule on the Application, as reflected in the concurrently filed Stipulation.

| | | |
|---|---|---|
| DATED: July 16, 2020 | By: | /s/ *David R. Carpenter*\* |
| | | Lisa M. Gilford |
| | | David R. Carpenter |
| | | Stacy Horth-Neubert |
| | | Sheri Porath Rockwell |
| | | SIDLEY AUSTIN LLP |
| | By: | /s/ *Mark D. Rosenbaum* |
| | | Mark D. Rosenbaum |
| | | PUBLIC COUNSEL |
| | By: | /s/ *Evan Caminker* |
| | | Dean Emeritus and Branch Rickey Collegiate Professor of Law |
| | | UNIVERSITY OF MICHIGAN LAW SCHOOL\*\* |
| | By: | /s/ *Mark E. Haddad* |
| | | USC Gould School of Law |
| | | UNIVERSITY OF SOUTHERN CALIFORNIA\*\* |

Attorneys for Plaintiffs
Z.W., C.Y, X.Y., A.G., M.X., Z.L., W.R., and DOES 1 through 50

\* Filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

\*\* University affiliation provided for identification purposes only.

5