1  Mark D. Rosenbaum (SBN 59940)
   mrosenbaum@publiccounsel.org
2  PUBLIC COUNSEL
   610 South Ardmore Avenue
3  Los Angeles, CA 90005
   Telephone: (213) 385-2977
4
   Lisa M. Gilford (SBN 171641)
5  lgilford@sidley.com
   David R. Carpenter (SBN 230299)
6  drcarpenter@sidley.com
   Stacy Horth-Neubert (SBN 214565)
7  shorthneubert@sidley.com
   SIDLEY AUSTIN LLP
8  555 West Fifth Street
   Los Angeles, CA 90013
9  Telephone: (213) 896-6000
   Facsimile: (213) 896-6600
10
   *Additional Counsel Listed on Next Page*
11
   Attorneys for Plaintiffs
12 Z.W., C.Y, X.Y., A.G., M.X., Z.L., W.R.,
   and DOES 1 through 50
13

14              UNITED STATES DISTRICT COURT

15             CENTRAL DISTRICT OF CALIFORNIA

16            SOUTHERN DIVISION AT SANTA ANA

17

18 Z.W., C.Y, X.Y., A.G., M.X., Z.L., W.R.,      Case No.  8:20-CV-01220 CJC (KESx)
   and DOES 1 through 50,
19                                                Assigned to: Hon. Cormac J. Carney
                Plaintiffs,                       Magistrate Judge: Karen E. Scott
20
                vs.                               **DECLARATION OF DAVID R.
21                                                CARPENTER IN SUPPORT OF
   U.S. DEPARTMENT OF HOMELAND                    PLAINTIFFS' APPLICATION FOR
22 SECURITY; U.S. IMMIGRATION AND                 TEMPORARY RESTRAINING
   CUSTOMS ENFORCEMENT; CHAD R.                   ORDER**
23 WOLF, Acting Secretary, U.S. Department
   of Homeland Security; MATTHEW                  **[Filed concurrently with Amendment
24 ALBENCE, Acting Director, U.S.                 to Application for Temporary
   Immigration and Customs Enforcement,          Restraining Order]**
25
                Defendants.
26

27

28

Sheri Porath Rockwell (SBN 165726)
sheri.rockwell@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500
Facsimile: (310) 595-9501

Evan Caminker (*pro hac vice forthcoming*)
caminker@umich.edu
Dean Emeritus and Branch Rickey Collegiate Professor of Law
University of Michigan Law School*
701 South State Street, 3250 South Hall
Ann Arbor, MI  48109-1215
Telephone: (734) 763-5221

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
USC Gould School of Law*
UNIVERSITY OF SOUTHERN CALIFORNIA
699 Exposition Blvd.
Los Angeles, CA  90089
Telephone:  (213) 675-5957

*University affiliation provided
for identification purposes only*

I, David R. Carpenter, declare as follows:

1.      I am a partner at the law firm of Sidley Austin LLP and counsel for Plaintiffs in this action.  I submit this declaration in support of Plaintiffs' Amendment to Application for Temporary Restraining Order. I have personal knowledge of the matters set forth below and, if called upon to testify, I could and would competently testify thereto.

2.      On July 14, 2020, a docket entry described as "Electronic Clerk's Notes" was posted in the matter *President & Fellows of Harvard College v. U.S. Dep't of Homeland Sec.*, Case No. 1:20-cv-11283 (D. Mass), ECF No. 119, stating that "[t]he Government has agreed to rescind the July 6, 2020 Policy Directive and the July 7, 2020 FAQ, and has also agreed to rescind their implementation." As of the end of that day, however, the July 6 Guidance remained posted on the ICE website, https://www.ice.gov/coronavirus.

3.      On July 15, 2020, ICE updated the website https://www.ice.gov/coronavirus to delete the July 6, 2020 Policy Guidance from the "Guidance Documents" section within the "Nonimmigrant Students and SEVP-Certified Schools" section of the webpage. In the "Frequently Asked Questions" section, it also deleted the prior FAQs, including the July 7 FAQ, and provided a link to an updated July 15, 2020 FAQ.  But, right next to that part of the webpage is a "Related Stories" box with following statement:  "SEVP modifies temporary exemptions for nonimmigrant students taking online courses during fall 2020 semester."  *See* https://perma.cc/SDX4-ZDRT (record of webpage link as of July 16, 2020 at 5:50 pm) and Exhibit A attached hereto (screenshot of webpage).  When one clicks on the link, it directs you to a News Releases webpage providing what is, in essence, the text of the July 6 Guidance:  "Nonimmigrant F-1 and M-1 students attending schools operating entirely online may not take a full online course load and remain in the United States…. Active students currently in the United States enrolled in such programs must depart the country or take other measures, such as transferring

to a school with in-person instruction to remain in lawful status. If not, they may face immigration consequences including, but not limited to, the initiation of removal proceedings." *See* https://perma.cc/PZF2-T3UB (record of webpage link as of July 16, 2020 at 5:50 pm) and Exhibit B attached hereto (PDF of webpage displayed).

4.      In phone calls on July 14 and 15, counsel for Plaintiffs (specifically, Mark Rosenbaum and myself) met and conferred with counsel for the Government. In those discussions, the Government declined Plaintiff counsel's repeated requests for formal or informal assurances that the July 6 Guidance or similar directive would not be re-issued.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 16th day of July, 2020, in Los Angeles, California.


_/s/ David R. Carpenter_____
David R. Carpenter

# Exhibit A



**NOTICE** ▸ *Click here for the latest ICE guidance on COVID-19*

## ICE Guidance on COVID-19

| Overview & FAQs | Employee Confirmed Cases | ICE Detainee Statistics | Judicial Releases | Previous Statements |

SHARE

### Introduction

U.S. Immigration and Customs Enforcement (ICE) is working closely with the Department of Homeland Security (DHS) and other federal, state, and local agencies to facilitate a speedy, whole-of-government response in confronting Coronavirus Disease 2019 (COVID-19), keeping everyone safe, and helping detect and slow the spread of the virus. To keep the public, media and family members of those in custody and other stakeholders informed, we will update this site frequently during this extremely fluid situation.

Expand All  Collapse All

| GENERAL | + |
| IMMIGRATION ENFORCEMENT and CHECK-INS | + |
| BONDS | + |
| DETENTION | + |
| VISITATION AT DETENTION FACILITIES | + |
| IMMIGRATION COURT | + |
| REMOVALS | + |
| STAKEHOLDER ENGAGEMENT | + |
| EMPLOYMENT VERIFICATION (I-9) | + |
| NONIMMIGRANT STUDENTS AND SEVP-CERTIFIED SCHOOLS | — |

Expand All  Collapse All

**Guidance Documents** —

The Student and Exchange Visitor Program (SEVP) has issued the following guidance to stakeholders:

- Broadcast Message: COVID-19 and F and M Nonimmigrants (Jan. 2020)
- Broadcast Message: COVID-19 and Potential Procedural Adaptations for F and M Nonimmigrant Students (Mar. 2020)
- COVID-19: Scenarios for SEVP-certified Schools for Emergency Procedures (Mar. 2020)
- Optional COVID-19 School Reporting Template that schools can use to report temporary procedural adaptations (Mar. 2020)

Updated 07/15/2020 0:00am

| **Frequently Asked Questions** | + |
| DONATIONS OF PERSONAL PROTECTIVE EQUIPMENT | + |

Last Reviewed/Updated: 07/16/2020

### Related Information

**Operation Stolen Promise: An Initiative Targeting COVID-19 Fraud** →

ICE's Enforcement and Removal Operations COVID-19 Pandemic Response Requirements

### Latest Statement

This proactive testing of new admissions into Karnes provided the intended results. By isolating and testing families as they enter the facility, medical staff are able to provide the necessary care for new detainees while preventing those already in custody from possible exposure.

View the full June 26th statement! →

### Related Stories ⊕

SEVP modifies temporary exemptions for nonimmigrant students taking online courses during fall 2020 semester

ICE expands voluntary COVID-19 testing to all at family residential centers

Seattle doctor charged with COVID-19 relief fraud

View all COVID-19 News Releases →

# Exhibit B

7/16/2020     SEVP modifies temporary exemptions for nonimmigrant students taking online courses during fall 2020 semester | ICE

Case 8:20-cv-01220-CJC-KES   Document 37   Filed 07/16/20   Page 8 of 9   Page ID #:295

 Official Website of the Department of Homeland Security

## ICE

Report Crimes: Email or Call 1-866-DHS-2-ICE

NOTICE

Click here for the latest ICE guidance on COVID-19

# ICE Newsroom

News Releases

News Releases

Student and Exchange Visitor Program
07/06/2020

## SEVP modifies temporary exemptions for nonimmigrant students taking online courses during fall 2020 semester

### For current guidance, visit www.ICE.gov/covid19.

WASHINGTON – The Student and Exchange Visitor Program (SEVP) announced modifications Monday to temporary exemptions for nonimmigrant students taking online classes due to the pandemic for the fall 2020 semester. The U.S. Department of Homeland Security plans to publish the procedures and responsibilities in the Federal Register as a Temporary Final Rule.

Temporary exemptions for the fall 2020 semester include:

1. Nonimmigrant F-1 and M-1 students attending schools operating entirely online may **not** take a full online course load and remain in the United States. The U.S. Department of State will not issue visas to students enrolled in schools and/or programs that are fully online for the fall semester nor will U.S. Customs and Border Protection permit these students to enter the United States. Active students currently in the United States enrolled in such programs must depart the country or take other measures, such as transferring to a school with in-person instruction to remain in lawful status. If not, they may face immigration consequences including, but not limited to, the initiation of removal proceedings.

2. Nonimmigrant F-1 students attending schools operating under normal in-person classes are bound by existing federal regulations. Eligible F students may take a maximum of one class or three credit hours online.

3. Nonimmigrant F-1 students attending schools adopting a hybrid model—that is, a mixture of online and in person classes—will be allowed to take more than one class or three credit hours online. These schools must certify to SEVP, through the Form I-20, "Certificate of Eligibility for Nonimmigrant Student Status," certifying that the program is not entirely online, that the student is not taking an entirely online course load this semester, and that the student is taking the minimum number of online classes required to make normal progress in their degree program. The above exemptions do not apply to F-1 students in English language training programs or M-1 students pursing vocational degrees, who are not permitted to enroll in any online courses.

Schools should update their information in the Student and Exchange Visitor Information System (SEVIS) within 10 days of the change if they begin the fall semester with in-person classes but are later required to switch to only online classes, or a nonimmigrant student changes their course selections, and as a result, ends up taking an entirely online course load. Nonimmigrant students within the United States are not permitted to take a full course of study through online classes. If students find themselves in this situation, they must leave the country or take alternative steps to maintain their nonimmigrant status such as a reduced course load or appropriate medical leave.

Due to COVID-19, SEVP instituted a temporary exemption regarding online courses for the spring and summer semesters. This policy permitted nonimmigrant students to take more online courses than

normally permitted by federal regulation to maintain their nonimmigrant status during the COVID-19 emergency.

F-1 nonimmigrant students pursue academic coursework and M-1 nonimmigrant students pursue vocational coursework while studying in the United States.

Share

- 
- 
- 
- 

Last Reviewed/Updated: 07/16/2020