# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. CV 20-01220-CJC-KES  Date: July 20, 2020

Title: Z.W., *ET AL.* V. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *ET AL.*

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Gabriela Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                        None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' AMENDED APPLICATION FOR TEMPORARY RESTRAINING ORDER [Dkt. 36]**

On July 16, 2020, the parties stipulated to a briefing schedule concerning Plaintiffs' amended application for a temporary restraining order. (Dkt. 35.) Per that stipulation, the Government shall respond to the amended application—with an opposition brief and/or a motion to dismiss—by July 23, 2020. Plaintiffs shall file a reply in support of the application and/or an opposition to the motion to dismiss by July 30, 2020. After the briefing has been completed, the Court will schedule a hearing if necessary.

cl

MINUTES FORM 11
CIVIL-GEN                                                                                           Initials of Deputy Clerk GGA