NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
PAUL B. GREEN (Cal. Bar No. 300847)
Assistant United States Attorney
JASMIN YANG (Cal. Bar No. 255254)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0805
    Facsimile: (213) 894-7819
    E-mail: Paul.Green@usdoj.gov
           Jasmin.Yang@usdoj.gov

Attorneys for Defendants
U.S. Department of Homeland Security;
U.S. Immigration and Customs Enforcement;
Chad R. Wolf; and Matthew Albence

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Z.W., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | No. 8:20-CV-01220 CJC (KESx)<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Hearing Date:  August 24, 2020<br>Hearing Time:  1:30 p.m.<br>Ctrm:  9B<br>Hon.  Cormac J. Carney |

1

Defendants respectfully submit the following documents in support of their motion to dismiss Plaintiffs' complaint and in opposition to Plaintiffs' application for a temporary restraining order (ECF No. 45). These documents were released on ICE's website (https://www.ice.gov/coronavirus) on July 24, 2020, the day after Defendants filed their motion to dismiss.

- Exhibit 1: "Broadcast Message: Follow-up: ICE continues March Guidance for Fall School Term," dated July 24, 2020.
- Exhibit 2: "Clarifying Questions for Fall 2020 Based On March 9 Spring Guidance Broadcast," last Updated: July 24, 2020.
- Exhibit 3: ICE Press Release, "ICE continues March guidance for fall school term," dated July 24, 2020.

Dated: July 27, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

  */s/ Paul B. Green*
PAUL B. GREEN
JASMIN YANG
Assistant United States Attorneys

Attorneys for Defendants

2