| | |
|---|---|
| 1 | Mark D. Rosenbaum (SBN 59940) |
| 2 | mrosenbaum@publiccounsel.org<br>PUBLIC COUNSEL |
| 3 | 610 South Ardmore Avenue<br>Los Angeles, CA 90005 |
| 4 | Telephone: (213) 385-2977 |
| 5 | Lisa M. Gilford (SBN 171641)<br>lgilford@sidley.com |
| 6 | David R. Carpenter (SBN 230299)<br>drcarpenter@sidley.com |
| 7 | Stacy Horth-Neubert (SBN 214565)<br>shorthneubert@sidley.com |
| 8 | SIDLEY AUSTIN LLP<br>555 West Fifth Street |
| 9 | Los Angeles, CA 90013<br>Telephone: (213) 896-6000 |
| 10 | Facsimile: (213) 896-6600 |
| 11 | *Additional Counsel Listed on Next Page* |
| 12 | Attorneys for Plaintiffs<br>Z.W., C.Y, X.Y., A.G., M.X., Z.L., W.R., |
| 13 | and DOES 1 through 50 |

14  UNITED STATES DISTRICT COURT

15  CENTRAL DISTRICT OF CALIFORNIA

16  SOUTHERN DIVISION AT SANTA ANA

| | | |
|---|---|---|
| 18 | Z.W., C.Y, X.Y., A.G., M.X., Z.L., W.R., and DOES 1 through 50, | Case No. 8:20-CV-01220 CJC (KESx) |
| 19 | | Assigned to: Hon. Cormac J. Carney<br>Magistrate Judge: Karen E. Scott |
| 20 | Plaintiffs, | |
| 21 | vs. | **PROOF OF SERVICE ON U.S.**<br>**ATTORNEY GENERAL AND U.S.** |
| 22 | U.S. DEPARTMENT OF HOMELAND<br>SECURITY; U.S. IMMIGRATION AND | **ATTORNEY'S OFFICE – CENTRAL**<br>**DISTRICT OF CALIFORNIA** |
| 23 | CUSTOMS ENFORCEMENT; CHAD R.<br>WOLF, Acting Secretary, U.S. Department | |
| 24 | of Homeland Security; MATTHEW<br>ALBENCE, Acting Director, U.S. | |
| 25 | Immigration and Customs Enforcement, | |
| 26 | Defendants. | |

PROOF OF SERVICE

260141754v.1

Sheri Porath Rockwell (SBN 165726)
sheri.rockwell@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500
Facsimile: (310) 595-9501

Evan Caminker  - *Admitted Pro Hac Vice*
caminker@umich.edu
Dean Emeritus and Branch Rickey Collegiate Professor of Law
University of Michigan Law School*
701 South State Street, 3250 South Hall
Ann Arbor, MI  48109-1215
Telephone: (734) 763-5221

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
USC Gould School of Law*
UNIVERSITY OF SOUTHERN CALIFORNIA
699 Exposition Blvd.
Los Angeles, CA  90089
Telephone:  (213) 675-5957


*\* University affiliation provided
for identification purposes only*

PROOF OF SERVICE

260141754v.1

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) SS
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1999 Avenue of the Stars, 17th Floor, Los Angeles, CA 90067.

On July 29, 2020, I served the foregoing document(s) described as

- **COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF; and**
- **SUMMONS IN A CIVIL ACTION;**

on all interested parties in this action as follows:

| | |
|---|---|
| Civil Process Clerk<br>United State Attorney's Office – Central District of California<br>Federal Building<br>300 N. Los Angeles Street, Suite 7516<br>Los Angeles, California 90012 | U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |

☒  (VIA U.S. CERTIFIED MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Century City, California. I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Vincent J. Cordi*
Vincent J. Cordi

Executed on July 29, 2020, at Los Angeles, California.